# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JEROME CASIMIR,

                Plaintiff,

v.

BRIDGECREST ACCEPTANCE
CORPORATION,

                Defendant.

Case No. 20-CV-274-JPS

**ORDER**

On July 22, 2020, Plaintiff filed both (1) a motion to electronically file documents via the CM/ECF system and (2) a motion to file an amended complaint and add additional parties. (Docket #5 and #6).

Plaintiff, who appears *pro se*, requested CM/ECF access due to COVID-19 and "other events." (Docket #6 at 1). The Court must deny this request, as the Court sends all docket activity to *pro se* litigants through the United States Postal Service, which is still in operation during this time. Moreover, if Plaintiff prefers to access the docket electronically, he may consider using PACER. The Court is committed to ensuring that all persons remain safe and healthy during this pandemic. If necessary, the Court will entertain motions for extensions of time, as needed, in order to ensure that the litigation is carried out in a safe and appropriate manner.

The Court also denies as moot Plaintiff's motion to file an amended complaint and add additional parties. (Docket #5). On June 11, 2020, the Court granted Plaintiff's motion for an extension of time, giving Plaintiff until August 31, 2020 to serve the defendant with the original complaint. (Docket #3, #4). Plaintiff has not yet served the defendant. Therefore,

Plaintiff may amend the complaint without leave of Court. Fed. R. Civ. P. 15(a); *Smith v. Planned Parenthood of St. Louis Region*, 225 F.R.D. 233, 243 (E.D. Mo. Nov. 23, 2004) (noting that because the plaintiff had not served the defendant with the summons and complaint she "had the right to amend her complaint under Rule 15(a) and did not need leave of Court to join permissive parties."). Plaintiff's proposed amended complaint and the exhibit thereto, (Docket #5-1, #5-2), shall become the operative complaint in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to electronically file documents via CM/ECF (Docket #6) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to file a first amended complaint and join additional parties (Docket #5) be and the same is hereby **DENIED as moot**; Plaintiff's proposed amended complaint and the exhibit thereto (Docket #5-1, #5-2) shall become the operative complaint.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2020.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge