# Exhibit 4



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**VIA EMAIL & FEDEX OVERNIGHT**
**TRACKING NO. 3949 1969 7806**

July 17, 2020

Jerome Casimir

RE: *Jerome Casimir v. Bridgecrest Acceptance Corporation*, Case No. 20-C-0274 (the "Complaint"); Account No. 200008393901 (the "Account")

Dear Mr. Casimir:

I am following up on my June 16 letter which included a copy of the Full Settlement and Release of Claims that you signed on June 15, 2020.

As noted in my June 16 letter, pursuant to your obligations under the Settlement you were to file a dismissal with prejudice in the above-referenced case within three days of signing the Settlement. As of the date of this letter, Bridgecrest has not received a copy of the dismissal and according to the court docket, the dismissal has not yet been filed.

This letter shall serve as written notice that you are in breach of the Settlement and Bridgecrest demands the dismissal be filed by July 22, 2020. Should you fail to do so, Bridgecrest reserves all rights and remedies entitled to it under the law, including recovery of its attorneys' fees for having to enforce the Settlement.

We look forward to hearing from you.

Sincerely,

Kimberly A. Dennis
Associate General Counsel
1720 W. Rio Salado Parkway
Tempe, AZ 85281
Fax (602) 852-6632
Legal@DriveTime.com