IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEROME J CASIMIR,<br>Plaintiff, | No. 20-cv-00274 |
| Vs | Honorable Judge<br>J P Stadtmueller, Presiding |
| BRIDGECREST ACCEPTANCE CORPORATION,<br>DriveTime Automotive Group, Inc.; DriveTime Car,<br>Sales Company LLC and CARVANA LLC.<br>Defendants. | **MOTION FOR SECOND EXTENSION<br>OF TIME, IN WHICH, TO FILE<br>PLAINTIFFS RESPONSE TO<br>DEFENDANTS MOTION TO DISMISS** |

## MOTION FOR SECOND EXTENSION OF TIME, IN WHICH, TO FILE
## PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS

TO: Attorney Karla M. Vehrs
BALLARD SPAHR LLP
2000 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2119
vehrsk@ballardspahr.com
Attorneys for Defendants Bridgecrest
Acceptance Corporation, LLC, DriveTime Automotive Group and
DriveTime Car Sales Company, LLC

I Jerome J Casimir, of 3229 N 83rd St., Milwaukee WI, 53222, on this, 13th, day of January 2021, plaintiff filed his: **MOTION FOR SECOND EXTENSION OF TIME, IN WHICH, TO FILE PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS,** before Honorable Presiding Judge, J P Stadtmueller, that sitting at United States Courthouse Room 471, Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, WI 53202.

## PROOF OF SERVICE

Under penalties as provided by law pursuant to 28 U.S. Code § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid: That I have mailed a true and correct copy of the forgoing/enclosed documents. This 13th Day of January 2021 before 5pm, By U.S. Certified Mail postage prepaid at the United States Post Office in the City of Milwaukee, State of Wisconsin to the below named parties:

Respectfully submitted

JEROME CASIMIR
3229 N 83nd ST
MILWAUKEE WI 53222
414-998-9272
Casimirj3620@gmail.com

UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED
**JAN 1 3 2021**
11:59 PM
AFTER HOURS

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEROME J CASIMIR,<br>Plaintiff, | No. 20-cv-00274 |
| Vs | Honorable Judge<br>J P Stadtmueller, Presiding |
| BRIDGECREST ACCEPTANCE CORPORATION,<br>DriveTime Automotive Group, Inc.; DriveTime Car,<br>Sales Company LLC and CARVANA LLC.<br>Defendants. | **MOTION FOR SECOND EXTENSION<br>OF TIME, IN WHICH, TO FILE<br>PLAINTIFFS RESPONSE TO<br>DEFENDANTS MOTION TO DISMISS** |

**MOTION FOR SECOND EXTENSION OF TIME, IN WHICH, TO FILE
PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION TO DISMISS**

Now comes Jerome Casimir with his second motion to extend the time, in which, to file plaintiff's response to defendant motion to dismiss and states as follows:

On 12/14/20 the court granted plaintiffs motion for a thirty day extension to January 13, 2021 to response to defendants 12(b)(1) and 12(b)(5) motion to dismiss the above caption case.

Due to plaintiff wife medical condition of a disability caused by a stroke and small emergency plaintiff was unable to complete a response and is now seeking a second thirty day(30) extension of time, in which, to file their response from January 13, 2021 to February 13, 2021. As no parties would be prejudice from an extension.

Wherefore plaintiffs request the court allow a second thirty (30) day extension of time, in which, to file a response to defendants reply from January 13, 2021 to February 13, 2021

Respectfully submitted

JEROME CASIMIR

Mr. JEROME CASIMIR, Plaintiff
3229 N 83nd ST
MILWAUKEE WI 53222
414-998-9272
Casimirj3620@gmail.com



**UNITED STATES POSTAL SERVICE.**

MILWAUKEE
345 W SAINT PAUL AVE
MILWAUKEE, WI 53203-3099
(800)275-8777

01/13/2021                                04:11 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Rate Inquiries | 1 | | $0.00 |
| CTOM - Individual - Domestic | 1 | | $1.50 |
| MaineStatehood | 1 | $0.55 | $0.55 |

Grand Total:                              $2.05
Cash                                      $2.05

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 560645-0203
Receipt #: 840-55300219-1-2786430-1
Clerk: 98



U.S. POSTAGE PA
MILWAUKEE, WI
53203
JAN 13 21
AMOUNT
$1.50
R2304W120155-
0000



Certificate Of Mailing

From: Jeromie Casimir
3229 N. 63rd
Milwaukee WI
53222

To: Ballard Spahr LLP
Attn: Atty Kara M. Veitas
2000 EDS Center, 800 South 8 St.
Minneapolis MN. 55402-2119

PS Form 3817, April 2007 PSN 7530-02-000-9065