# EXHIBIT "1"

# Entity Information

**Search Date and Time:**
7/18/2020 11:11:29 AM

### Entity Details

| | |
|---|---|
| **Entity Name:** | BRIDGECREST ACCEPTANCE CORPORATION |
| **Entity ID:** | 10656574 |
| **Entity Type:** | Domestic For-Profit (Business) Corporation |
| **Entity Status:** | Active |
| **Formation Date:** | 2/19/2003 |
| **Reason for Status:** | In Good Standing |
| **Approval Date:** | 2/19/2003 |
| **Status Date:** | |
| **Original Incorporation Date:** | 2/19/2003 |
| **Life Period:** | Perpetual |
| **Business Type:** | SPECIAL PURPOSE ENTITY |
| **Last Annual Report Filed:** | 2020 |
| **Domicile State:** | Arizona |
| **Annual Report Due Date:** | 3/19/2021 |
| **Years Due:** | |

Ex - 1 -
pg 1 of 3

**Original Publish Date:**

## Statutory Agent Information

**Name:**

Corporation Service Company

**Appointed Status:**

Active 11/8/2018

**Attention:**

**Address:**

8825 N 23rd Avenue, Suite 100, PHOENIX, AZ 85021, USA

**Agent Last Updated:**

2/6/2020

**E-mail:**

**Attention:**

**Mailing Address:**

**County:**

Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | DONALD REESE | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 3/20/2018 | 2/6/2020 |
| Director | MARYANN KELLER | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 8/1/2010 | 2/6/2020 |
| Director | DONALD SANDERS | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 8/1/2010 | 2/6/2020 |
| Director | GREGG TRYHUS | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 3/9/2006 | 2/6/2020 |
| Shareholder | ERNEST C GARCIA | | NOT REQUIRED, NOT REQUIRED, XXXXX | 12/31/9999 | 1/20/2018 |
| President | PAUL KAPLAN | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 6/1/2017 | 2/6/2020 |

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Secretary | CLAY SCHEITZACH | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 3/20/2018 | 2/6/2020 |
| Officer | MARY LEIGH PHILLIPS | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 9/19/2018 | 10/15/2018 |
| Officer | MATT PEEL | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 9/19/2018 | 10/15/2018 |
| Director | DALE POLLACK | | 1901 S MEYERS ROAD, SUITE 700, OAKBROOK TERRACE, IL, 60181, USA | 9/19/2018 | 10/15/2018 |
| Treasurer | Daniel Gaudreau | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 11/6/2018 | 11/13/2018 |
| Director | Mark G Sauder | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 11/6/2018 | 11/13/2018 |

[ < Previous ] ... [ 1 ] [ 2 ] [ 3 ] ... [ Next > ]    Page 1 of 3, records 1 to 5 of 12    [ Go to Page ]

### Entity Known Place of Business

**Attention:** LICENSING

**Address:** 7300 E HAMPTON AVE STE 101, MESA, AZ, 85209, USA

**County:** Maricopa

**Last Updated:** 11/9/2018

### Entity Principal Office Address

**Attention:**

**Address:**

**County:**

**Last Updated:**

[ Back ]   [ Return to Search ]   [ Return to Results ]

Document History    Name/Restructuring History    Pending Documents    Microfilm History

# EXHIBIT "2"

# Entity Information

**Search Date and Time:**
7/18/2020 11:09:40 AM

### Entity Details

| | |
|---|---|
| Entity Name: | DRIVETIME CAR SALES COMPANY, LLC |
| Entity ID: | L15739760 |
| Entity Type: | Domestic LLC |
| Entity Status: | Active |
| Formation Date: | 12/31/2009 |
| Reason for Status: | In Good Standing |
| Approval Date: | 1/12/2010 |
| Status Date: | |
| Original Incorporation Date: | 12/31/2009 |
| Life Period: | Perpetual |
| Business Type: | |
| Last Annual Report Filed: | |
| Domicile State: | Arizona |
| Annual Report Due Date: | |
| Years Due: | |
| Original Publish Date: | |

Ex "-2-"
1 of 2

## Statutory Agent Information

| | |
|---|---|
| | Name: |
| Corporation Service Company | |
| | Appointed Status: |
| Active 10/9/2018 | |
| | Attention: |
| | Address: |
| 8825 N. 23rd Avenue, Suite 100, PHOENIX, AZ 85021, USA | |
| | Agent Last Updated: |
| 10/24/2018 | |
| | E-mail: |
| | Attention: |
| | Mailing Address: |
| | County: |
| Maricopa | |

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | CLAY SCHEITZACH | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 4/23/2018 | 5/3/2018 |
| Manager | DONALD REESE | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA | 4/23/2018 | 5/3/2018 |
| Manager | Daniel Gaudreau | | 1720 W. Rio Salado Parkway, TEMPE, AZ, 85281, USA | 9/14/2018 | 10/9/2018 |

< Previous ... 1 [2] [3] ... Next >  Page 1 of 3, records 1 to 5 of 12   Go to Page

## Entity Known Place of Business

Attention:

Address: LEGAL 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA

County: Maricopa

Last Updated: 10/15/2018

*pg 2 of 2*

## Entity Principal Office Address

# EXHIBIT "3"

# ENTITY INFORMATION

Search Date and Time: 2/16/2021 5:06:56 AM

Entity Details

**Entity Name:**

DRIVETIME AUTOMOTIVE GROUP, INC.

**Entity ID:**

F07754906

**Entity Type:**

Foreign For-Profit (Business) Corporation

**Entity Status:**

Active

**Formation Date:**

4/24/1996

**Reason for Status:**

In Good Standing

**Approval Date:**

4/24/1996

Ep - 3 -
pg 1 - of 4

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts) **Status Date:**

Case 2:20-cv-00274-JPS    Filed 02/17/21    Page 9 of 14    Document 21-2

**Original Incorporation Date:**

4/24/1996

**Life Period:**

Perpetual

**Business Type:**

BANKING/FINANCE

**Last Annual Report Filed:**

2020

**Domicile State:**

Delaware

**Annual Report Due Date:**

6/24/2021

**Years Due:**

**Original Publish Date:**

12/12/1996

Statutory Agent Information

**Name:**

CORPORATION SERVICE COMPANY

**Appointed Status:**

Active 11/6/2018

**Attention:**

**Address:**

8825 N 23RD AVE, SUITE 100, PHOENIX, AZ 85021, USA

Agent Last Updated:

4/29/2020

E-mail:

Attention:

Mailing Address:

County:

Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | DONALD REESE | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, Maricopa County, USA | 3/20/2018 | 4/23/2019 |
| Director | MARYANN KELLER | | 1720 W. RIO SALADO PKWY, TEMPE, AZ, 85281, Maricopa County, USA | 1/1/2012 | 4/23/2019 |
| Director | DONALD SANDERS | | 1720 W. RIO SALADO PKWY, TEMPE, AZ, 85281, Maricopa County, USA | 1/1/2012 | 4/23/2019 |
| Director | ERNEST C GARCIA II | | 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, Maricopa County, USA | 1/14/2006 | 4/23/2019 |

Pg 3 of 4

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Director | GREGG TRYHUS | | 7377 E DOUBLETREE RANCH RD STE 100, SCOTTSDALE, AZ, 85258, Maricopa County, USA | 1/14/2006 | 4/23/2019 |

< Previous ... 1 2 3 ... Next > Page 1 of 3, records 1 to 5 of 13     Go to Page

Address

Attention:

Address: 1720 W RIO SALADO PARKWAY, TEMPE, AZ, 85281, USA

County: Maricopa

Last Updated: 4/29/2020

Entity Principal Office Address

Attention:

Address: 1209 ORANGE ST, WILMINGTON, DE, 19801, USA

County: New Castle

Last Updated: 4/29/2020

*page 4 of 4*

# EXHIBIT "4"

