IN THE UNITED STATE DISTRICT COURT     U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN    EASTERN DISTRICT - WI
FILED
2021 FEB 17 P 3: 25
CLERK OF COURT

JEROME J CASIMIR,
Plaintiff,

No. 20-cv-00274

Vs

Honorable Judge
J P Stadtmueller, Presiding

BRIDGECREST ACCEPTANCE CORPORATION,
DriveTime Automotive Group, Inc.; DriveTime Car,
Sales Company LLC and CARVANA LLC.
Defendants.

**AMENDED
DECLARATION OF
JEROME CASIMIR**

## AMENDED DECLARATION OF JEROME CASIMIR IN SUPPORT MY OPPOSITION TO DEFENDANTS MOTION TO DISMISS

1. I Jerome J Casimir, Never had/has or entered a contract with the defendants DriveTime Automotive Group, Inc. to purchase any auto.

2. I, Jerome J Casimir, Never had/has or entered a contract with the defendants DriveTime Car sales Company LLC., to purchase any auto.

3. I, Jerome J Casimir, entered a contract with the defendants Carvana LLC., to purchase auto named in complaint as set out in complaint .

4. I, Jerome J Casimir, received complication pursuant to a Real Estate purchase because of missed payment reporting by Defendants.

5. I, Jerome J Casimir, believed that I were in contract with Carvana when I signed the Settlement Agreement.

6. I, Jerome J Casimir, were misled by defendants, which we were to act immediate in returning my fees and dismissal of this lawsuit.

7. That Defendant Breach the settlement Agreement in reporting plaintiff Trade Line that were missing accurate payment from Jan-May 2021, five (5) months.

8. That Defendant Breach the Contract with Carvana by removing the Trade Line from the credit bureaus in reporting Januay2021.

9. That I Jerome Casimir, were in process or relocation during a pandemic and relied upon the defendants to act swiftly to mitigate damages.

10. That I Jerome Casimir incurred additional damages by defendants breach in car repair totaling over $3500.00 due to pot hole not cover by warranty.

11. That Ex-1-thur-3 are true copy of the corporate filing of defendants.

12. That Ex-4 is a true and correct copy of my credit reporting by Experian a major credit reporting bureau, used by most companies though-out America, that are missing 5 payments in breach of my contract with Carvana and Settlement agreement.

Under penalties as provided by law pursuant to 28 U.S. Code § 1746, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid:

**THIS 17th Day of February 2021.**

Respectfully submitted

JEROME CASIMIR
3229 N 83nd ST
MILWAUKEE WI 53222
414-998-9272
Casimirj3620@gmail.com