UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JEROME CASIMIR,<br><br>    Plaintiff,<br><br>v.<br><br>BRIDGECREST ACCEPTANCE<br>CORPORATION, LLC,<br><br>    Defendant. | CASE NO. 20-CV-274-JPS<br><br>**DECLARATION OF KIMBERLY A.<br>WARSHAWSKY IN SUPPORT OF<br>MOTION TO DISMISS** |

1. My name is Kimberly A. Warshawsky. I am over eighteen years and am competent to make this declaration. I am Assistant General Counsel for Bridgecrest Acceptance Corporation, LLC ("Bridgecrest"). I am authorized to execute this Declaration in connection with the motion to dismiss reply brief of Defendants Bridgecrest and the "DriveTime Entities" (DriveTime Automotive Group, Inc. and DriveTime Car Sales Company LLC).

2. The statements set forth in this Declaration are true and correct to the best of my personal knowledge, information and belief. Except where based upon information provided by persons working under my direction and supervision, the statements contained herein are based on my personal knowledge or review of this lawsuit. If called as a witness, I am competent to testify to the statements contained herein.

3. Attached as **Exhibit 1** is a true and correct copy of email correspondence between me, on behalf of Bridgecrest, and Plaintiff Jerome Casimir, dated July 30, 2020. This exhibit also includes some earlier communications between Mr. Casimir and other employees of Bridgecrest and the DriveTime Entities.

4. Attached as **Exhibit 2** is a true and correct copy of the letter I, on behalf of

Bridgecrest, sent to Plaintiff on July 17, 2020, reminding him of his obligations under the Settlement Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th of March, 2021.

                                                  Kimberly A. Warshawsky