# EXHIBIT 2



**VIA EMAIL & FEDEX OVERNIGHT**
**TRACKING NO. 3949 1969 7806**

July 17, 2020

Jerome Casimir

**RE:** *Jerome Casimir v. Bridgecrest Acceptance Corporation*, Case No. 20-C-0274 (the "Complaint"); Account No. ▮▮▮▮▮▮▮▮ (the "Account")

Dear Mr. Casimir:

I am following up on my June 16 letter which included a copy of the Full Settlement and Release of Claims that you signed on June 15, 2020.

As noted in my June 16 letter, pursuant to your obligations under the Settlement you were to file a dismissal with prejudice in the above-referenced case within three days of signing the Settlement. As of the date of this letter, Bridgecrest has not received a copy of the dismissal and according to the court docket, the dismissal has not yet been filed.

This letter shall serve as written notice that you are in breach of the Settlement and Bridgecrest demands the dismissal be filed by July 22, 2020. Should you fail to do so, Bridgecrest reserves all rights and remedies entitled to it under the law, including recovery of its attorneys' fees for having to enforce the Settlement.

We look forward to hearing from you.

Sincerely,

*[signature]*

Kimberly A. Dennis
Associate General Counsel
1720 W. Rio Salado Parkway
Tempe, AZ 85281
Fax (602) 852-6632
Legal@DriveTime.com